SCHERING & GLATZ, INC., v. AMERICAN PHARMACEUTICAL COMPANY (INC.) and PHILIP KACHURIN.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. 180 VARICK STREET CORPORATION v. WILLIAM STANLEY MILLER and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Untermyer and Dore, JJ.

In the Matter of the Application of JOSEPH ALLEN for an Order to Review a Determination of LEWIS J. VALENTINE, as Police Commissioner of the Police Department of the City of New York.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Dore, JJ.

In the Matter of the Application of LEO SIEGEL against the BOARD OF EDUCATION OF THE CITY OF NEW YORK and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

ENGINE REBUILDERS, INC., v. GOODWIN WELDING Co., INC., and JOSEPH T. GOODWIN.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

In the Matter of the Application of JOHN C. FELTZ against LEWIS J. VALENTINE, as Police Commissioner of the Police Department of the City of New York.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, J.

In the Matter of the Application of FRANCIS S. BRIERTON against LEWIS J. VALENTINE, as Police Commissioner of the Police Department of the City of New York.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

FIRST NATIONAL TRUST & SAVINGS BANK OF SAN DIEGO, CALIFORNIA, as Administrator, etc., of FRANK CROZIER, Deceased, v. J. ROY BROWNING, as Trustee in Bankruptcy of BURTON COAL COMPANY, and Others — UNITED STATES STEEL CORPORATION and Others, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

FIRST NATIONAL TRUST & SAVINGS BANK OF SAN DIEGO, CALIFORNIA, as Administrator, etc., of FRANK CROZIER, Deceased, v. J. ROY BROWNING, as Trustee in Bankruptcy of BURTON COAL COMPANY, and Others — UNITED STATES STEEL CORPORATION and Others, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of ARTHUR T. SAWYER to Review a Determination of WILLIAM C. CHANLER, as Corporation Counsel of the City of New York, and for an Order Directing Reinstatement to the Position of and Certification of the Payment of His Salary and Compensation as Associate Assistant Corporation Counsel, v. WILLIAM C. CHANLER, as Corporation Counsel of the City of New